IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICK SMIRL<br>(BOP Register No. 28854-077),<br><br>Petitioner,<br><br>V.<br><br>DJ HARMON, Warden,<br><br>Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 3:17-cv-2281-L-BN |

**ORDER WITHDRAWING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION AND TERMINATING MOTION**

This habeas action under 28 U.S.C. § 2241 by a federal inmate has been referred to the undersigned United States magistrate judge for pretrial management under 28 U.S.C. § 636(b) and a standing order of reference from United States District Judge Sam A. Lindsay. On August 29, 2017, the undersigned recommended that Petitioner Rick Smirl's motion for leave to proceed *in forma pauperis* ("IFP") [Dkt. No. 4] be denied and that he be ordered to pay the $5.00 statutory filing fee within 21 days after any order adopting that recommendation. *See* Dkt. No. 5. Because the filing fee has now been paid, the August 29, 2017 Findings, Conclusions, and Recommendation of the Magistrate Judge [Dkt. No. 5] is WITHDRAWN. And the Clerk shall TERMINATE the IFP motion [Dkt. No. 4] as unnecessary.

SO ORDERED.

DATED: October 6, 2017

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE